UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA MORRIS et al., | CASE NO. C24-0565-KKE |
| Plaintiff(s), | ORDER ON JOINT NOTICE OF SETTLEMENT |
| v. | |
| ASCENDTEK, LLC, | |
| Defendant(s). | |

The parties have notified the Court that they have reached a settlement in principle of this matter and have requested a stay of pending deadlines. Dkt. No. 39. Accordingly, the Court VACATES the trial date and all other deadlines. *See* Dkt. No. 24. The parties shall file their dismissal notice within 90 days.

Dated this 7th day of March, 2025.

Kymberly K. Evanson
United States District Judge

ORDER ON JOINT NOTICE OF SETTLEMENT - 1