UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA MORRIS et al., | CASE NO. C24-0565-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE |
| v. | |
| ASCENDTEK, LLC, | |
| Defendant(s). | |

This matter comes before the Court on the parties' joint motion for order of dismissal. Dkt. No. 42. The motion is GRANTED. *Id.*

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE and without costs or attorney fees to either party.

The Clerk shall close the case.

Dated this 6th day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1